BRINSON *v.* CARTER.

'GILBERT, J.   Under the pleadings and the evidence the court did not
abuse its discretion in refusing to grant an interlocutory injunction.
*Judgment affirmed.   All the Justices concur.*
No. 3709.   OCTOBER 12, 1923.

Petition for injunction.   Before Judge W. E. Thomas.   Decatur
superior court.   March 3, 1923.

*Hartsfield & Conger,* for plaintiff.

*M. E. O'Neal* and *T. S. Hawes,* for defendant.

---

WALKER *v.* THE STATE.

BECK, P. J.   The evidence authorized the verdict of guilty; and the
newly discovered evidence is cumulative and impeaching, and not
of such a character as would probably produce a different result
on another trial.   *Judgment affirmed.   All the Justices concur.*
No. 3710.   OCTOBER 12, 1923.

Murder.   Before Judge Hardeman.   Washington superior court.
March 2, 1923.

*J. W. Warren* and *Evans & Evans,* for plaintiff in error.

*George M. Napier, attorney-general, Walter F. Grey, solicitor-
general,* and *Seward M. Smith, asst. atty.-gen.,* contra.

---

POPE *v.* THOMPSON *et al.*

BECK, P. J.   Under the evidence in the case there was no abuse of dis-
cretion on the part of the trial court in appointing a receiver for
the property involved in the litigation.
*Judgment affirmed.   All the Justices concur.*
No. 3727.   OCTOBER 12, 1923.

Receivership.   Before Judge Bell.   Fulton superior court.
March 6, 1923.

*R. O. Lovett,* for plaintiff in error.

*Mitchell & Mitchell,* contra.